UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OTIS BLAXTON,

    Plaintiff,

v.                                    Case No: 8:21-cv-2550-CEH-MRM

STATE OF FLORIDA,

    Defendant.
_____

## ORDER

    This matter comes before the Court on the Defendant State of Florida's Motion to Dismiss Plaintiff's Complaint (Doc. 18), filed on August 19, 2022, and Defendant's Amended Motion to Dismiss Plaintiff's Complaint (Doc. 19), filed on August 22, 2022. The motions seek dismissal of Plaintiff's Complaint because Defendant State of Florida enjoys sovereign immunity and because Plaintiff's Complaint is untimely. The motions do not comply with the Local Rules for the Middle District of Florida. Therefore, having considered the motions and being fully advised in the premises, the Court will deny, without prejudice, the Amended Motion to Dismiss Complaint (Doc. 19) for failure to comply with Local Rule 3.01(g). Defendant's Motion to Dismiss Complaint (Doc. 18) will be denied as moot because an amended motion was filed.

    In relevant part, Middle District of Florida Local Rule 3.01(g) requires a party, before filing a motion in a civil action, to "confer with the opposing party in a good faith effort to resolve the motion." Local R. M.D. Fla. 3.01(g)(1). Additionally, "[a]t the end of the motion under the heading 'Local Rule 3.01(g) Certification,' the

movant: (A) must certify that the movant has conferred with the opposing party, (B) must state whether the parties agree on the resolution of all or part of the motion, and (C) if the motion is opposed, must explain the means by which the conference occurred." Local R. M.D. Fla. 3.01(g)(2).

Here, Defendant's amended motion to dismiss fails to include such certification. Therefore, whether the movant conferred with the opposing party prior to filing the motion is unclear. This practice runs aground of the Local Rules. Accordingly, it is hereby

**ORDERED**:

1. Defendant's Motion to Dismiss Complaint (Doc. 18) is **DENIED as moot**, as Defendant has filed an amended motion.

2. Defendant's Amended Motion to Dismiss (Doc. 19) is **DENIED without prejudice** for failure to comply with Local Rule 3.01(g).

3. Any amended motion curing the deficiencies identified herein must be filed within **SEVEN (7) DAYS** from the date of this order. If Defendant does not file such an amended motion within the time provided, Defendant must file an answer to the complaint within **FOURTEEN (14) DAYS** from the date of this order.

**DONE AND ORDERED** in Tampa, Florida on August 25, 2022.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to: Counsel of Record and Unrepresented Parties